**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**ELTON CHALK**                                                                   **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:07CV512-WHB-LRA**

**TRANS UNION, LLC**                                       **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal Without Prejudice, filed on October 31, 2007, by counsel for Plaintiff, all claims of the Plaintiff against Defendant, are hereby dismissed without prejudice.

SO ORDERED this the 1st day of November, 2007.

                                                                    s/William H. Barbour, Jr.
                                                                    UNITED STATES DISTRICT JUDGE